UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR E. DAVIS, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEBRA K. DAVIS, KARLA L. NELSON, )<br>JOSEPH R. DAVIS, PAMELA J. ROCK, and )<br>THOMAS A. DAVIS, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:20-CV-609-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants are awarded $18,309.56 in reasonable attorneys' fees and expenses associated with their defense of this lawsuit. Plaintiff is further ordered to pay Defendants their reasonable attorneys' fees within thirty (30) days of entry of this Order.

**This Judgment Filed and Entered on July 22, 2021, and Copies To:**

| | |
|---|---|
| Arthur E. Davis, III | (Sent to PO Box 3141 New York, NY 10063 via US Mail) |
| Satie R. Munn | (via CM/ECF electronic notification) |
| Trey Lindley | (via CM/ECF electronic notification) |

DATE:  
July 22, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk