IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
No. 5:20-cv-609-D

| | |
|---|---|
| ARTHUR E. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING MOTION TO** |
| v. ) | **APPEAR BY VIDEOCONFERENCE ON** |
| ) | **BEHALF OF DEFENDANTS** |
| DEBRA K. DAVIS, *et. al*, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the June 7, 2022 filing of Attorney Satie Munn's Motion to Appear by Videoconference on Behalf of Defendants (the "Motion").

For the reasons stated therein, for good cause cause shown, the Motion is GRANTED. Satie Munn is permitted to appear by videoconference on behalf of Defendants at today's hearing on Defendants' Motion for Contempt.

SO ORDERED, this the 7th day of June, 2022.

JAMES C. DEVER IIII
United States District Judge