IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
No. 5:20-cv-609-D

| | |
|---|---|
| ARTHUR E. DAVIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| v. ) | APPEAR BY VIDEOCONFERENCE ON |
| ) | BEHALF OF DEFENDANTS |
| DEBRA K. DAVIS, et. al, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the June 10, 2022 filing of Attorney Trey Lindley's Motion to Appear by Videoconference on Behalf of Defendants (the "Motion").

For the reasons stated therein, for good cause shown, the Motion is GRANTED. Trey Lindley is permitted to appear by videoconference on behalf of Defendants at the hearing scheduled on June 21, 2022 at 1:00 p.m. regarding Defendants' Motion for Contempt.

SO ORDERED, this the 13 day of June, 2022.

JAMES C. DEVER III
United States District Judge